1. Name: tina loiuse roberts
2. Address: 1475 imperal ave unit 155
3. Telephone Phone: 619 931-6074
4. Email: tinar@gmail.com

**FILED**
Aug 31 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

tina louise roberts
1475 imperal ave unit 155
san diegio ca 92101 ,
          Plaintiff(s),

v.

empoyee ,abel of studio15
locks and key building opertor gases
chemcal 619717 1419 or 18 ,
          Defendant(s).

Case No.: **'22CV1294 RSH AHG**
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

   a. Do you have other Civil Case(s) in this or any other federal court?
      ☒ Yes   ☐ No

   b. If yes, please list the case numbers here:
      22 cv 00967 /19-65842/19-58939/1949515 sorli inc atl/2016-2021

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

The person abel has history of burn with high flume and he burn my hair and face with iron gate tool to metal gates together he done in liued of rent and gang relation of freind lewis and compton this two has used the hot flume off there buiding walkway .and metal airsteim stair and it was done on pursed two times he was the person that burned a 64 inch burn in my legs with unit 153unit at that time the tenants were bentiez and when i filed againt lewis and calos and came from court he enter unit with white bucket and burn leg enter still have photo it was pain and note at er and medcal report and photo was removed .

He told people i was snitch he took black smoke with co worker martha ruth and blow threw my leaving black dust all over jackson had song call snitand he constanly had me and used a fire weapon frature my back.you dumb metal pateint

The begain of august of this year he kept braging about being druck and ran over black kid. and youre son .and he called his son to unit 145 he said in empy used and shot weapon damage elbow and he got drunk up stairs and took key and removed all 2 months of medcal reports gave to key to micheal and beryle the door was this morin august 31 20228am sheriff was on site of studio 15 it  unlock .

He made alot threat towards with lewis fred maggie denise dana johnny tayna unit 153 is wear they used to hot flume for the builng they neglect my willbeing by using that flume burning huge cirle in my by giving it to a suoerviser and gang member lin park crip lin plate.
he used this to inflict paint the weapon iso tip #7971 solderpro 50butanesoldering iron up butty and burn legslend to revengaful male and police did come nothing was done.and he gave it back.

He gave key to person and i was sexaully assult by abel and police never took to jail after reported he bend the bed bug wire with chemal and burn my for calling police department .and guard was told not to tell. about what and Iwent to  the Er Dept sharp for assult to my back 6 cuts with switch blade. and 1 month later Iwent For head injury  shot back head and and passed out. soon after that. compton walk down the hallway burn my butthole. and when didnt move out He held a weapon in my private area . results liny bone damage and when i said he name lewis tayna

August 3 i was stuck in my top from upper unit 2 floor drill pt  noon by the defedants he history assult by using tools of jobsite arms and jobite pesdiosed

1  **III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*
2  *Do not use this space to state the facts of your claim.)*
3  im reqesting that this person be acconable for action of gross neglect of dangous chemcal that was used to burn me and causing building commuty to join in and burn a person for being amental pateint. aged creed relgious color im resulting 70 thosands each time him and his staff and 5 resdents were able two burn in 7 times 4 by solri enterprise .abel jobsite.insite commuty riot .
reqest order for settlment

Took 3 thousand in secuity. w ahost Person.

3

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

__Aug 31, 2022__    __/s/ Tm & KM__
Date               Signature

                   __Tina Louise Roberg__
                   Printed Name

4